JENNIFER SANDERS, Respondent, v MITCHELL SANDERS, Appellant.

Submitted January 9, 2017; decided March 28, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.